

FILED
2010 Jan-21  PM 01:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRAD BAGGETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:07-CV-2224-LSC |
| | ) | |
| REHAU, INC., | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a finding and recommendation (Doc. 52) on October 15, 2009, recommending that the defendant's motions for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections (Doc. 53) and defendants responded to the objections (Doc. 54).

This court has made a de novo determination of the Magistrate Judge's findings and portions objected to by the Defendant in this case pursuant to 28 U.S.C. § 636(b)(1).

The Court is of the opinion that the magistrate judge's report is due to

be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A separate order consistent with this Opinion is issued herewith.

    Done this 21st day of January 2010.

                                                  L. SCOTT COOGLER
                                    UNITED STATES DISTRICT JUDGE
                                                            153671