FILED
2010 Jan-21  PM 01:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRAD BAGGETT, | ] | |
| Plaintiff, | ] | |
| vs. | ] | 2:07-CV-2224-LSC |
| REHAU, INC., | ] | |
| Defendant. | ] | |

ORDER

In accordance with the memorandum of opinion entered contemporaneously herewith, this Court hereby adopts and accepts the magistrate judge's report (Doc. 52). Defendant's motion for summary judgment (Doc. 30) is GRANTED. Therefore, this case is DISMISSED with prejudice. Costs are taxed to the plaintiff.

Done this 21st day of January 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671